IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO. 4:16-CV-00289-FL

HARRY L. SMITH, JR.,
    Plaintiff

v.

FLANDERS HOLDINGS LLC,
    Defendant

**DEFENDANT'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED FACTS**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1. | Harry L. Smith, Jr. 6/2/2017 Deposition Transcript (with Exclusion of Sealed Portion at pp. 251–257) |
| 2. | Plaintiff's Responses to Defendant's First Set of Requests for Admissions, dated June 15, 2017 |
| 3. | Letter from Kevin Ceglowski to Phil Whitaker, dated Nov. 11, 2016, Exhibit 6 to Harry L. Smith, Jr. 6/2/2017 Deposition |
| 4. | Promissory Note, dated March 13, 2015, by Flanders Solutions, LLC in favor of Pronamic Industries, LLC, Exhibit 10 to Harry L. Smith, Jr. 6/2/2017 Deposition |
| 5. | Email Chain Between Plaintiff and Brad Buser, dated March 17, 2015, Exhibit 27 to Harry L. Smith, Jr. 6/2/2017 Deposition |
| 6. | Affidavit of Ryan McGary |
| 7. | Phillip L. Whitaker 5/16/17 Deposition Transcript |
| 8. | Email from Plaintiff to Peter Jones, dated November 10, 2015 (8:01 a.m.), Exhibit 41 to Harry L. Smith, Jr. 6/2/2017 Deposition |
| 9. | Email from Plaintiff to Phillip Whitaker, dated November 15, 2016 (6:48 p.m.), Exhibit 35 to Harry L. Smith, Jr. 6/2/2017 Deposition |

10. Email from Plaintiff to Phillip Whitaker, dated November 15, 2016 (8:33 p.m.), Exhibit 29 to Harry L. Smith, Jr. 6/2/2017 Deposition

11. Email from Plaintiff to Phillip Whitaker, dated November 21, 2016 (11:07 a.m.), Exhibit 34 to Harry L. Smith, Jr. 6/2/2017 Deposition

12. Email from Plaintiff to Phillip Whitaker, dated November 29, 2016 (7:34 a.m.), Exhibit 33 to Harry L. Smith, Jr. 6/2/2017 Deposition

13. Email from Plaintiff to Phillip Whitaker, dated December 24, 2016 (10:19 a.m.), Exhibit 32 to Harry L. Smith, Jr. 6/2/2017 Deposition

14. Email from Plaintiff to Phillip Whitaker, dated May 15, 2017 (3:09 p.m.), Exhibit 42 to Harry L. Smith, Jr. 6/2/2017 Deposition

15. Letter and Envelope from Plaintiff to Yoshihiro Mineno, envelope dated May 8, 2017, AAF International Corporate Office, Exhibit 43 to Harry L. Smith, Jr. 6/2/2017 Deposition

This the 14th day of July, 2017.

*s/ S. McKinley Gray, III*
S. McKinley Gray, III
N.C. State Bar I.D. No.: 19939
email: smg@wardandsmith.com
Devon D. Williams
N.C. State Bar I.D. No.: 44914
email: ddwilliams@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: 252.672.5400
Facsimile: 252.672.5477
Attorneys for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing DEFENDANT'S APPENDIX TO LOCAL CIVIL RULE 56.1 OF UNDISPUTED FACTS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin M. Ceglowski, Esq.

This the 14th day of July, 2017.

        *s/ S. McKinley Gray, III*
        S. McKinley Gray, III
        N.C. State Bar I.D. No.: 19939
        email: smg@wardandsmith.com
        For the firm of
        Ward and Smith, P.A.
        Post Office Box 867
        New Bern, NC 28563-0867
        Telephone: 252.672.5400
        Facsimile: 252.672.5477
        Attorneys for Defendant

ND: 4810-9398-8171, v. 1