UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| HARRY L. SMITH, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| FLANDERS HOLDINGS, LLC, | ) | No. 4:16-CV-289-FL |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 30, 2018, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted and plaintiff's motion for summary judgment is denied.

**This Judgment Filed and Entered on March 30, 2018, and Copies To:**

Kevin Michael Ceglowski  (via CM/ECF Notice of Electronic Filing)
Devon D. Williams (via CM/ECF Notice of Electronic Filing)
Samuel McKinley Gray, III  (via CM/ECF Notice of Electronic Filing)


March 30, 2018	PETER A. MOORE, JR., CLERK

	  /s/ Susan W. Tripp
	(By) Susan W. Tripp, Deputy Clerk